JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

BACKGRID USA, INC., a California corporation,

Plaintiff,

v.

DEATH BY DOLLS, LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.: 2:25-CV-04539-MWF-MBK

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The Court has considered the parties' Stipulation of Dismissal with Prejudice. (Docket No. 31). For good cause shown, the Court GRANTS the Stipulation. IT IS HEREBY ORDERED that the entire action is DISMISSED with prejudice, with each side to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 14, 2026

MICHAEL W. FITZGERALD
United States District Judge